# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ***RITE AID CORPORATION, et al.*** | **Case No.: 2:20-cv-03367** |
| ***v.*** | **Hon. Cynthia M. Rufe** |
| ***ACTAVIS HOLDCO US, INC., et al.*** | |

## NOTICE OF SUGGESTION OF PENDENCY OF
## BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE BE ADVISED** that on October 12, 2020, Mallinckrodt plc and its affiliated debtors, including, but not limited to, Mallinckrodt LLC; SpecGx LLC; Mallinckrodt Brand Pharmaceuticals Inc.; Mallinckrodt US Holdings, Inc.; Mallinckrodt Enterprises, LLC; Mallinckrodt Enterprises Holdings Inc.; Mallinckrodt Pharmaceuticals; and Mallinckrodt LLC f/k/a Mallinckrodt Inc. (collectively, the "**Debtors**") [1] commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases (the "**Chapter 11 Cases**") are now pending before The Honorable John T. Dorsey, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Mallinckrodt plc*, Case No. 20-12522 (JTD).

**PLEASE BE FURTHER ADVISED** that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Chapter 11 Cases, the above-captioned action has been automatically stayed as against the applicable Debtor-defendant(s). Section 362 of the Bankruptcy Code provides,

---

[1]    A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case. . . ."  11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' proposed claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/Mallinckrodt or by contacting the proposed bankruptcy counsel for the Debtors: (i) Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn: George Davis, George Klidonas, Andrew Sorkin, and Anupama Yerramalli (emails: george.davis@lw.com, george.klidonas@lw.com, andrew.sorkin@lw.com, and anu.yerramalli@lw.com.com); Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071, Attn: Jeffrey Bjork (email: jeff.bjork@lw.com); and Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Attn: Jason Gott (email: jason.gott@lw.com); and (ii) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, Delaware 19801, Attn:  Mark D. Collins and Michael J. Merchant (email:  collins@rlf.com and merchant@rlf.com).

Dated: October 12, 2020                              Respectfully Submitted,


                                                     */s/ Jane E. Willis*
                                                     Jane E. Willis
                                                     ROPES & GRAY LLP
                                                     Prudential Tower
                                                     800 Boylston Street
                                                     Boston, MA 02199-3600
                                                     Tel.: 617-951-7000
                                                     jane.willis@ropesgray.com

                                                     Counsel for Mallinckrodt Inc.

## CERTIFICATE OF SERVICE

I, Jane E. Willis, hereby certify that the foregoing document was served via the Court's

ECF system to all counsel of record on October 12, 2020.


*/s/ Jane E. Willis*

Counsel for Mallinckrodt Inc.