**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | Civil Action Nos. |
| *1199 SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-02401 |
| *1199 SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.* | 19-cv-06011 |
| *West Val Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-02533 |
| *Reliable Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | 19-cv-06044 |
| *Reliable Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-06291 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc. et al.* | 18-cv-00284 |
| *Walgreen Company v. Actavis Holdco U.S., Inc. et al.* | 20-cv-06258 |
| *J M Smith Corporation v. Actavis Holdco U.S., Inc.. et al.* | 20-cv-04370 |
| *CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-06310 |
| *Rite Aid Corp and Rite Aid Hdqtrs.Corp. v. Actavis Holdco US, Inc., et al.* | 20-cv-03367 |
| *Winn-Dixie Stores, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-06290 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 18-cv-03299 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 19-cv-04862 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-06303 |

| | |
|---|---|
| *Health Care Service Corp. v. Actavis Elizabeth, LLC, et al.* | 19-cv-05819 |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00695 |
| *United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc. et al.* | 19-cv-00629 |
| *United HealthCare Services, Inc. v. Teva Pharmaceuticals USA Inc., et al.* | 19-cv-05042 |
| *United HealthCare Services, Inc. v. Sandoz, Inc., et al.* | 20-cv-06557 |
| *Cigna Corp. v. Actavis Holdco US, Inc. et al.* | 20-cv-02711 |
| *MSP Recovery Claims, Series LLC, et al. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00231 |
| *Providence St. Joseph Health, et al. v. Actavis Holdco U.S., Inc. et al.* | 23-cv-03636 |
| *County of Suffolk v. Actavis Holdco Us, Inc., et al.* | 20-cv-04893 |
| *County of Albany, et al. v. Actavis Holdco U.S., Inc., et al.* | 21-cv-01875 |
| *County of Westchester, et al. v. Actavis Holdco U.S., Inc., et al.* | 21-cv-04474 |
| *In Re: Amitriptyline Cases (End-Payer)* | 16-AM-27242 |
| *In Re: Amitriptyline Cases (Indirect Reseller)* | 16-AM-27243 |
| *In Re: Benazepril HCTZ Cases (End-Payer)* | 16-BZ-27242 |
| *In Re: Benazepril HCTZ Cases (Indirect Reseller)* | 16-BZ-27243 |
| *In Re: Clobetasol Cases (Indirect Reseller)* | 16-CB-27243 |
| *In Re: Clomipramine Cases (Indirect Reseller)* | 16-CM-27243 |
| *In Re: Desonide Cases (End-Payer)* | 16-DS-27242 |
| *In Re: Desonide Cases (Indirect Reseller)* | 16-DS-27243 |
| *In Re: Fluocinonide Cases (End-Payer)* | 16-FL-27242 |
| *In Re: Levothyroxine Cases (End-Payer)* | 16-LV-27242 |
| *In Re: Levothyroxine Cases (Indirect Reseller)* | 16-LV-27243 |

| | |
|---|---|
| *In Re: Lidocaine/Prilocaine Cases (End-Payer)* | 16-LD-27242 |
| *In Re: Lidocaine/Prilocaine Cases (Indirect Reseller)* | 16-LD-27243 |
| *In Re: Pravastatin Cases (Indirect Reseller)* | 16-PV-27243 |

## <u>ORDER</u>

**AND NOW**, this 16th day of May 2025, upon consideration of the attached Joint Stipulation Regarding Motion to Dismiss Briefing Schedule in the above-captioned actions, it is hereby **ORDERED** that the Stipulation is **APPROVED.**

It is so **ORDERED.**

BY THE COURT:

 /s/ **Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**

## <u>JOINT STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE</u>

Plaintiffs and Defendants in the above-captioned actions (collectively, the "Parties"), by and through the undersigned counsel, stipulate to the following, subject to the Court's approval:

WHEREAS, on September 12, 2024, the Court issued PTO 282 (MDL Dkt. No. 3090), which imposed deadlines for Defendants' responses to all Complaints and required, in cases which motions to amend are pending, that Defendants respond within 60 days of a ruling on the motion;

WHEREAS, on March 5, 2025, the Court entered an order granting Plaintiffs' motions for leave to amend and supplement their Complaints in the above-captioned actions (MDL ECF 3269);

WHEREAS, on May 5, 2025, Defendants filed multiple motions to dismiss across the 38 above-captioned actions, including multiple joint motions across multiple actions (hereinafter, the "Motions");

WHEREAS, the Parties have conferred and agree to conserve resources and promote efficiency for both the Court and the Parties, additional time is necessary to review the issues raised in the Motions and to coordinate and consolidate responses among Plaintiffs; and

WHEREAS, the additional limited time for briefing will not impact or otherwise delay any other deadlines within the above-captioned MDL.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, as follows:

1.    Plaintiffs' oppositions to all Motions shall be filed on or before **June 20, 2025**. Plaintiffs will use best good faith efforts to file consolidated oppositions where appropriate.  In connection with any consolidated opposition, Plaintiffs will be given the opportunity to file a supplemental opposition, not to exceed five pages, to address any individual issues not addressed in the consolidated brief.

2.      Defendants' replies to all oppositions shall be filed on or before **July 23, 2025**.

3.      All other page limitations shall remain unchanged.

Respectfully submitted,

/s/ Samuel J. Randall
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Samuel J. Randall, Esquire
Sperling Kenny Nachwalter, LLC
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax: (305) 372-1861
E-mail:  raa@sperlingkenny.com
          wjb@sperlingkenny.com
          srandall@sperlingkenny.com

**Liaison Counsel for the Direct Action
Plaintiffs**

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg, Esquire
Fine, Kaplan and Black, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA  19107
Tel:  (215) 567-6565
E-mail:  rliebenberg@finekaplan.com

**Lead Counsel for the End-Payer Plaintiffs**

/s/ Christian Hudson
Christian Hudson, Esquire
CUNEO GILBERT & LADUCA, LLP
300 Cadman Plaza West
12th Floor, Suite 12060
Brooklyn, N.Y.  11201
Tel:  (202) 789-3960
E-mail:  christian@cuneolaw.com

**Lead Counsel for the Indirect Reseller
Plaintiffs**

/s/ Chul Pak
Chul Pak, Esquire
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, N.Y.  10019
Tel:  (212) 999-5800
Fax: (212) 999-5899
E-mail:  cpak@wsgr.com

/s/ Sheron Korpus
Sheron Korpus, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, N.Y.  10019
Tel:  (212) 506-1700
Fax: (212) 506-1800
E-mail:  skorpus@kasowitz.com

/s/ Devora W. Allon
Devora W. Allon, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, N.Y.  10022
Tel:  (212) 446-5967
Fax: (212) 446-6460
E-mail:  devora.allon@kirkland.com

/s/ Alison Tanchyk
Alison Tanchyk, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel:  (305) 415-3444
E-mail:  alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**